UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| THOMAS DICKERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:21-cv-00372-JPH-MG |
| | ) |
| FRANK VANIHEL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER DENYING MOTION FOR SUMMARY JUDGMENT
WITHOUT PREJUDICE**

Plaintiff Thomas Dickerson has filed a one-page motion for summary judgment on his claims. Dkt. 52. That motion states in its entirety:

> Plaintiff, T. Dickerson, seeks summary judgment on the grounds that his attempt to receive proper dental care was "thwarted" by defendants and neglected by defendant Kim Hobson as she was made aware of Plaintiff's ongoing dental pain which resulted in Plaintiff having to endure pain so sever that Plaintiff went weeks without being able to eat of sleep properly. Plaintiff prays Court will see the facts as they lay and rule in Plaintiff's favor.

*Id.*

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, "[t]he court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." "[A] party seeking summary judgment always bears the initial responsibility of informing the district court of the basis for its motion, and identifying those portions of 'the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any,' which it believes demonstrate the absence of a genuine issue of material fact." *Celotex*

1

*Corp. v. Catrett,* 477 U.S. 317, 323 (1986). Because Mr. Dickerson has not pointed to any admissible evidence to support his motion for summary judgment or discussed the applicable law, he has not demonstrated his entitlement to summary judgment. Accordingly, the motion for summary judgment, dkt. [52], is **denied without prejudice.** The dispositive motion deadline remains April 21, 2023. Mr. Dickerson may renew his motion for summary judgment if he submits and designates evidence in support of his motion.

**SO ORDERED.**

Date: 4/17/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

THOMAS DICKERSON
277893
MIAMI - CF
MIAMI CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

All Electronically Registered Counsel